**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **SHAWN D. BRASHER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 08-0682-CG-B |
| | ) |
| **BOWHEAD INFORMATION TECHNOLOGY SERVICES, INCORPORATED,** | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon due consideration of the parties' stipulation of dismissal (Doc. 39), all claims in this matter are hereby **DISMISSED WITH PREJUDICE**, costs taxed as paid.

**DONE** and **ORDERED** this 21st day of July, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE